IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SANDRA Y. FLORES, Individually and As Personal Representative of the ESTATE OF MATEO E. FLORES PASTOR 13625 Lavender Mist Lane Centreville, VA 20120 | : : : : : : |
| And | : : |
| MARIO E. FLORES RODRIGUEZ, Individually and as Personal Representative of ESTATE OF MATEO E. FLORES PASTOR 13625 Lavender Mist Lane Centreville, VA 20120 | : : : : : : |
| Plaintiffs, | : : |
| v. | : Case No.: : |
| THE GEORGE WASHINGTON UNIVERSITY 1918 F Street, NW Washington, D.C. 20052 | : : : : : |
| Defendant. | : |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, The George Washington University ("Defendant" or "GW") by and through its undersigned counsel, hereby gives Notice pursuant to 28 U.S.C. §§ 1441 and 1446 of its removal of the above-captioned case from the Superior Court of the District of Columbia to the United States for the District of Columbia. Removal is based on 28 U.S.C. § 1332. In support of this Notice of Removal, GW states as follows:

1.  On or about October 31, 2024, Plaintiffs, Sandra Y. Flores and Mario E. Flores Rodrigues ("Plaintiffs") commenced this action against GW by filing a Complaint in the Superior Court of the District of Columbia (the "Superior Court Action"). The Superior Court Action was

assigned Case No.: 2024-CAB-006913.  In their Complaint, Plaintiffs seek to recover $3 million from GW.  On November 4, 2024, GW received notification from an unrelated third-party that a Complaint had been filed against it.  Following this notification, GW received an unsolicited copy of the Complaint and Summons from the third party.  GW has not been served with the documents and has not received any other pleadings.

2. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other documents filed in the Superior Court are attached hereto as **Exhibit A.**

## I. Removal Based On Diversity Jurisdiction

4. Pursuant to 28 U.S.C. § 1332(a), a district court has original diversity jurisdiction over civil actions where the action is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000. This case is properly removed to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1441(a) and (b) as diversity jurisdiction is established under 28 U.S.C. §1332(a) for the reasons set forth below:

5. <u>Plaintiffs and GW Are Completely Diverse</u>. As pled in the original Complaint, Plaintiffs are citizens of Virginia. *See* **Exhibit A**, Compl., at ¶¶1-3. As identified in the Complaint, GW is a corporation that transacts business in the District of Columbia and has its principal place of business in this jurisdiction. (**Exhibit A**, Compl. at ¶ 4). Accordingly, GW is a citizen of the District of Columbia for purposes of 28 U.S.C. § 1332. Because Plaintiffs and GW are "citizens of different states," there is complete diversity between the parties.

6. <u>The Amount in Controversy Exceeds $75,000</u>. The amount in controversy requirement for Plaintiffs' claims is also satisfied. Plaintiffs assert that they are entitled to three million dollars ($3,000,000.00). *See* **Exhibit A**, Compl., *ad damnum*, p. 7. Therefore, according to Plaintiffs' own

allegations in the Complaint, the amount in controversy exceeds the sum or value of $75,000, exclusive of fees and costs, as required by 27 U.S.C. §1332(a). *See* 28 U.S.C. §1446(c)(2).

## II.     GW Has Satisfied the Procedural Requirements for Removal

7.     <u>Removal to this Court is proper</u>. Pursuant to 28 U.S.C. §§ 1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the District of Columbia and the Superior Court of the District of Columbia is located within the District of Columbia.

8.     <u>Removal is timely</u>. GW received a copy of the Complaint and Summons on November 4, 2024. This Notice of Removal is being filed with the United States District Court for the District of Columbia on November 5, 2024, within thirty (30) days after receipt by GW of the Complaint and Summons and prior to any actual service of the Complaint and Summons on GW. *See* 28 U.S.C. § 1446(b).

9.     <u>Pleadings and process</u>. Contemporaneously filed herewith are copies of all process, pleadings and orders received by GW in the Superior Court Action. *See* **Exhibit A.** Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon Plaintiffs and a copy is being filed with the Clerk of the Superior Court of the District of Columbia. *See* Notice of Filing Notice of Removal, attached as **Exhibit B.**

10.    No previous application has been made for the relief requested herein.

WHEREFORE, having satisfied all the requirements for removal under 28 U.S.C. §§ 1332, 1441, and 1446, Defendant GW respectfully serves notice that the above-referenced civil action, now pending in the Superior Court of the District of Columbia, is removed therefrom to the United States District Court for the District of Columbia.

THE GEORGE WASHINGTON UNIVERSITY
By Counsel

*/s/ Paul J. Maloney*
Paul J. Maloney, D.C. Bar 362533
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW
Suite 8001
Washington, D.C.  20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
Paul.Maloney@carrmaloney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Notice of Removal** was e-filed and e-served on this 5th day of November, 2024 to:

Justin M. Beall, Esquire
Koonz McKenney Johnson & DePaolis, LLP
2001 Pennsylvania Avenue, NW, Suite 530
Washington, D.C.  20006

*/s/ Paul J. Maloney*
Paul J. Maloney