

EXHIBIT A

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| SANDRA Y. FLORES, individually and<br>as Personal Representative of the ESTATE OF<br>MATEO E. FLORES PASTOR,<br>13625 Lavender Mist Lane<br>Centreville, VA 20120<br><br>and<br><br>MARIO E. FLORES RODRIGUEZ,<br>individually and as Personal Representative of<br>the ESTATE OF MATEO E. FLORES<br>PASTOR,<br>13625 Lavender Mist Lane<br>Centreville, VA 20120<br><br>*Plaintiffs,*<br><br>v.<br><br>THE GEORGE WASHINGTON<br>UNIVERSITY,<br>1918 F Street, NW<br>Washington, D.C. 20052<br><br>SERVE:   Corporation Service Company<br>         1090 Vermont Avenue, NW<br>         Washington, D.C. 20005<br><br>*Defendant.* | Civil Action No.<br>2024-CAB-006913 |

## COMPLAINT

Plaintiffs Sandra Flores and Mario Flores Rodriguez (collectively, "Plaintiffs"), individually and as the personal representatives of the Estate of Mateo Flores Pastor, bring this wrongful death and survival action against Defendant The George Washington University ("Defendant"), and in support thereof state the following:

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

## PARTIES

1. Plaintiff Sandra Flores is an adult resident of the state of Virginia who at all times relevant to this action was the mother of Decedent Mateo Flores Pastor and is serving as a co-administrator of the Estate of Mateo Flores Pastor.

2. Plaintiff Mario Flores Rodriguez is an adult resident of the state of Virginia who at all times relevant to this action was the father of Decedent Mateo Flores Pastor and is serving as a co-administrator of the Estate of Mateo Flores Pastor.

3. The Estate of Mateo Flores Pastor is the estate of Decedent Mateo Flores Pastor (hereinafter "Mr. Flores") and was created under the laws of the Commonwealth of Virginia. The legal heirs of Mr. Flores include his mother, Sandra Flores, and his father, Mario Flores Rodriguez.

4. Defendant The George Washington University is a District of Columbia corporation that transacts business in the District of Columbia and maintains its principal place of business in the District of Columbia.

## JURISDICTION

5. This Court has jurisdiction of this civil action under D.C. Code § 11-921(a)(6) because the action arose in and is being brought in the District of Columbia.

6. This Court has personal jurisdiction over Defendant under D.C. Code § 13-422 because Defendant is a District of Columbia corporation and maintains its principal place of business in the District of Columbia.

## FACTS

7. At the time of Mr. Flores's death, he was pursuing a bachelor's degree in computer science at The George Washington University. On November 4, 2022, Mr.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

2

Flores had visited Munson Hall at The George Washington University, 2212 I Street N.W., Washington, D.C. 20052.

8. Upon exiting Munson Hall, Mr. Flores was operating his wheelchair straight ahead when, suddenly and without warning, he began descending a step that his wheelchair got stuck on. As a result, his feet were crushed by the wheelchair footrest and pinned between the wheelchair and the step.

9. He was then transported to INOVA Fairfax Hospital's Emergency Department.

10. Mr. Flores sustained an injury to his left foot and suffered from excruciating pain as a result.

11. On November 5, 2022, at around 12:30 a.m., Mr. Flores was discharged from the hospital. By the time Mr. Flores arrived at home, he was unresponsive and ultimately pronounced deceased.

12. Upon information and belief, Defendant is the owner of the Munson Hall building located at 2212 I Street N.W., Washington, D.C. 20052.

13. At the time of the incident, the area lacked any visual cues, such as handrails or signage, that would have indicated a change in elevation from the door through which Mr. Flores exited on his wheelchair to the step that his wheelchair descended.

14. At the time of the incident, the slope of the concrete entrance pad located near the door through which Mr. Flores exited on his wheelchair was also in excess of the applicable structural limit and contributed to this incident.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

3

## COUNT I – Negligence

15. Plaintiffs incorporate by reference all other paragraphs of this Complaint in full force and effect as if fully alleged herein.

16. Defendant, as the owner of the property located at 2212 I Street N.W., Washington, D.C. 20052, owed Mr. Flores, as well as other users of the walkway located at the location, a duty of reasonable care, including, but not limited to, a duty to ensure that there were visual cues that indicated a change in elevation at the steps, and a duty to ensure that the concrete entrance pad was within the structural limit.

17. Defendant breached its duty owed to Mr. Flores by

    (a) failing to properly inspect and maintain the concrete entrance pad which Defendant knew or should have known was in excess of the structural limit;

    (b) failing to provide adequate warnings that a change in elevation existed on the concrete entrance pad;

    (c) failing to properly inspect and maintain the steps and surrounding area;

    (d) failing to provide adequate warnings of the existence of the steps, which Defendant knew or should have known were not visually apparent to Mr. Flores;

    (e) failing to install signage, handrails, and/or other visual cues so that the steps were visually apparent and not obscured from the view of Mr. Flores;

    (f) failing to comply with industry structural standards;

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

4

      (g) failing to comply with the laws, rules, and regulations of the District of Columbia as they relate to maintaining premises in compliance with applicable codes and standards; and

      (h) otherwise failing to act with the reasonable care required of it under the circumstances.

18. The dangerous and hazardous condition of the area of the incident, as mentioned above, was reasonably foreseeable to cause injury and/or damages to persons in the position of Mr. Flores.

19. The foregoing breaches of duty by Defendant, through its agents, servants and/or employees, were the direct and proximate causes of injuries and damages to Mr. Flores.

20. As a direct and proximate result of Defendant's negligence, Mr. Flores sustained serious, painful, and debilitating injuries, which resulted in his untimely death; endured physical and mental pain and suffering during the last hours of his life; was required to undergo medical treatment and to incur medical expenses to alleviate pain and suffering; was precluded from engaging in normal activities and pursuits in the future, including a loss of ability to earn money and of actual earnings; and otherwise was hurt, injured, and caused to sustain losses.

21. As a direct and proximate result of Defendant's negligence, Plaintiffs incurred substantial losses, including funeral expenses; loss of income and earnings, past and future; loss of household services, past and future; and loss of guidance, support, and mentoring; and other economic damages, including but not limited to, out-of-pocket expenses.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

## COUNT II – Wrongful Death

22. Plaintiffs incorporate by reference all other paragraphs of the Complaint as though fully alleged herein.

23. Plaintiffs bring this action under the Wrongful Death Act, Sections 16-2701, 2702 of the District of Columbia Code as the personal and legal representatives of the Estate of Mateo Flores Pastor.

24. The above-referenced acts and omissions by Defendant were the direct and proximate causes of Mr. Flores's death.

25. Prior to his death, Mr. Flores provided guidance and mentoring to his younger brother, Plaintiffs' child, from which Plaintiffs benefited.

26. As a direct and proximate result of the acts and omissions described above, Mr. Flores sustained serious, painful, and debilitating injuries, which resulted in his untimely death; endured physical and mental pain and suffering during the last hours of his life; was required to undergo medical treatment and to incur medical expenses to alleviate pain and suffering; was precluded from engaging in normal activities and pursuits in the future, including a loss of ability to earn money and of actual earnings; and otherwise was hurt, injured, and caused to sustain losses.

27. As a direct and proximate result of Defendant's negligence, Plaintiffs incurred substantial losses, including funeral expenses; loss of income and earnings, past and future; loss of household services, past and future; and loss of guidance, support, and mentoring; and other economic damages, including but not limited to, out-of-pocket expenses.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

## COUNT III – Survival Action

28. Plaintiffs incorporate by reference the preceding paragraphs of this Complaint as though fully alleged herein.

29. Plaintiffs also bring this action under the Survival Act, Section 12-101 of the District of Columbia Code, as the personal and legal representatives of the Estate of Mateo Flores Pastor.

30. The above-referenced acts and omissions by Defendant were the direct and proximate causes of Mr. Flores's death.

31. As a direct and proximate result of the acts and omissions described above, Mr. Flores sustained serious, painful, and debilitating injuries, which resulted in his untimely death; endured physical and mental pain and suffering during the last hours of his life; was required to undergo medical treatment and to incur medical expenses to alleviate pain and suffering; was precluded from engaging in normal activities and pursuits in the future, including a loss of ability to earn money and of actual earnings; and otherwise was hurt, injured, and caused to sustain losses.

## AD DAMNUM

**WHEREFORE**, in consideration of the above counts, Plaintiffs demand judgment against Defendant in the full and just amount of Three Million Dollars ($3,000,000.00), plus interest and costs.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

Respectfully submitted,

KOONZ MCKENNEY JOHNSON &
DEPAOLIS LLP

By: _____
Justin M. Beall #502934
Koonz McKenney Johnson & DePaolis LLP
2001 Pennsylvania Avenue, N.W.
Suite 530
Washington, D.C. 20006
(202) 659-5500
Jbeall@koonz.com
*Attorney for Plaintiff*

## JURY TRIAL DEMAND

Plaintiff respectfully requests trial by jury.

_____
Justin M. Beall

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

8



# Superior Court of the District of Columbia
## Civil Division - Civil Actions Branch
### 500 Indiana Ave NW, Room 5000, Washington DC 20001
### 202-879-1133 | www.dccourts.gov

**Case Number:** 2024-CAB-006913

**Case Style:** Sandra Y. Flores et al. v. The George Washington University

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 01/31/2025 | 9:30 AM | Remote Courtroom 100 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Maurice Ross.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

    Link: dccourts.webex.com/meet/ctb100

    Meeting ID: 129 846 4145

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

### How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



### How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

### Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

    Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

### Tips for the Hearing 

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

### Special Tips for Video Hearings 
[(Click here for more information)](#)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

 

# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**



**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Remote Site - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Remote Site - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Remote Site - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*** No walk-ins at this location***

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

**Los centros de acceso remoto son:**



**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

*Cuando concurra al sitio programado debe llevar los siguientes artículos*

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



Superior Court of the District of Columbia  
Civil Division - Civil Actions Branch  
500 Indiana Ave NW, Room 5000, Washington DC 20001  
202-879-1133 | www.dccourts.gov

First Class Mail  
U. S. Postage Paid  
Washington, D.C.  
Permit No. 1726

Justin M Beall  
Willow Wood Plaza 1  
10300 Eaton Place Suite 200  
Fairfax VA  22030

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Sandra Y. Flores et al. v. The George Washington University

**To:**  Justin M Beall                                              **Case Number:**   2024-CAB-006913

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **01/31/2025** at **9:30 AM** in **Remote Courtroom 100**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb100
   Meeting ID: 129 846 4145
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።