IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SANDRA Y. FLORES, Individually and As Personal Representative of the ESTATE OF MATEO E. FLORES PASTOR 13625 Lavender Mist Lane Centreville, VA 20120<br><br>And<br><br>MARIO E. FLORES RODRIGUEZ, Individually and as Personal Representative of ESTATE OF MATEO E. FLORES PASTOR 13625 Lavender Mist Lane Centreville, VA 20120<br><br>                          Plaintiffs,<br><br>    v.<br><br>THE GEORGE WASHINGTON UNIVERSITY 1918 F Street, NW Washington, D.C. 20052<br><br>                          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>C.A. No.: 2024-CAB-006913<br>Next Event: Initial Scheduling Conference<br> 1/31/25 at 9:30 a.m.<br><br>Judge Maurice Ross<br>:<br>:<br>: |

**NOTICE OF REMOVAL TO FEDERAL COURT**

TO: THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION

      Defendant, The George Washington University ("Defendant" or "GW") by and through its undersigned counsel, hereby gives notice that, on November 5, 2024, GW filed in the United States District Court for the District of Columbia a Notice of Removal of this action. A true and correct copy of the Notice of Removal in this action is attached hereto as **Exhibit 1**.

      Pursuant to 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal has effected the removal of this action, and the Superior Court of the District of Columbia, Civil Division, should proceed no further unless and until this case is remanded.

THE GEORGE WASHINGTON UNIVERSITY
By Counsel

/s/ Paul J. Maloney
Paul J. Maloney, D.C. Bar 362533
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW
Suite 8001
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
Paul.Maloney@carrmaloney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Notice of Removal** was e-filed and e-served on this 5th day of November, 2024 to:

Justin M. Beall, Esquire
Koonz McKenney Johnson & DePaolis, LLP
2001 Pennsylvania Avenue, NW, Suite 530
Washington, D.C. 20006


/s/ Paul J. Maloney
Paul J. Maloney