THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SANDRA Y. FLORES, Individually and<br>As Personal Representative of the<br>ESTATE OF MATEO E. FLORES PASTOR<br><br>And<br><br>MARIO E. FLORES RODRIGUEZ,<br>Individually and as Personal Representative of<br>ESTATE OF MATEO E. FLORES PASTOR<br><br>    Plaintiffs,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No.:  1:24cv03133<br>: Judge Sparkle L. Sooknanan<br>:<br>:<br>: |

## **DEFENDANT THE GEORGE WASHINGTON UNIVERSITY'S<br>WITNESS LIST**

Defendant, The George Washington University, by and through counsel, Carr Maloney P.C., pursuant to Federal Rule of Civil Procedure Rule 16 and this Court's Scheduling Order, submits the following list of witnesses known to it at this time who may be called to testify at trial:

1. Sandra Y. Flores, individually and as Personal Representative of the Estate of Mateo E. Flores Pastor, Plaintiff.  13625 Lavender Mist Lane, Centreville, VA 20120

2. Mario E. Flores Rodriguez, individually and as Personal Representative of the Estate of Mateo E. Flores Pastor, Plaintiff.  13625 Lavender Mist Lane, Centreville, VA 20120

3. Luciana Flores Pastor, 13625 Lavender Mist Lane, Centreville, VA 20120

4. Emma Ulvin, GW Student.

5. Victoria Amoit, 1114 Landerset Drive, Herndon, VA 20170

6. Charles Lynch, Fairfax County Police Department, 12099 Government Center Pkwy, Fairfax, VA 22035

7. Gene Maya, Office of the Chief Medical Examiner, 10850 Pyramid Place, Suite 121, Manassas, VA 20110

8. Felicia Marks, Office of the Chief Medical Examiner, 10850 Pyramid Place, Suite 121, Manassas, VA 20110

9. Jose Luis Flores, 7890 Caldwell Ct., Castro Valley, CA 94552

10. Madeline Burke, GW Student.

11. Bryon Scott, 10461 Mill Run Circle, Suite 1100, Owings Mills, Maryland 21117

12. Baxter A. Goodly, c/o Defendant, The George Washington University

13. Brian Snyder, Esq. c/o Defendant, The George Washington University

14. Defendant, The George Washington University has not yet identified expert witnesses who will testify at trial. Expert witnesses will be identified at a time consistent with the rules of this Court and the Court's Scheduling Order.

15. Any expert witness identified by each party.

16. Any provider who treated Mateo E. Flores Pastor.

17. Any person identified during deposition or discovery in this matter.

18. All witnesses listed by all other parties and identified in all other parties' discovery responses.

19. Defendant reserves the right to call any and all witnesses for impeachment or for rebuttal purposes.

Defendant reserves the right to amend or supplement this List of Fact Witnesses pending ongoing investigation and discovery.

THE GEORGE WASHINGTON UNIVERSITY
By Counsel


*/s/ Paul J. Maloney*
Paul J. Maloney, #362533
Andrew Nagel, #90013170
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C.  20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
Paul.Maloney@carrmaloney.com
Andrew.Nagel@carrmaloney.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was e-filed and e-served on this 18th day of April, 2025 to:

Justin M. Beall, Esquire
Koonz McKenney Johnson & DePaolis, LLP
10300 Eaton Place, Suite 200
Fairfax, Virginia 22030
jbeall@koonz.com


*/s/ Paul J. Maloney*
Paul J. Maloney