IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA Y. FLORES**, *et al.*, : | |
| *Plaintiffs*, : | |
| : | Civil Action No. l:24cv03133 |
| v. : | Judge: Sparkle Sooknanan |
| **THE GEORGE WASHINGTON UNIVERSITY**, : | |
| : | |
| *Defendant*. | |

## PLAINTIFFS' LIST OF FACT WITNESSES

COMES THIS DAY, Plaintiffs, by counsel and pursuant to the Court's Scheduling Order entered in this matter on February 4, 2025, and hereby identify the following fact witnesses:

(1) Emma Ulvin (Mateo's Friend)
Address: Unknown
(406) 595-2705
Ms. Ulvin was an eyewitness to the incident and provided an oral statement to George Kucik (investigator).

(2) Victoria Amiot (Mateo's Aide)
1114 Landerset Drive, Herndon, VA 20170
(571) 488-8881
Ms. Amiot was an eyewitness to the incident and provided an oral statement to George Kucik (investigator).

(3) Sandra Flores
13625 Lavender Mist Lane, Centreville, VA 20120
Plaintiff also has knowledge of Mateo's education and career plans following college graduation.

(4) Mario Flores Rodriguez
13625 Lavender Mist Lane, Centreville, VA 20120
Mr. Flores Rodriguez also has knowledge of Mateo's education and career plans following college graduation. Additionally, he spoke on the phone with an employee of Defendant concerning the incident on or about November 7, 2022. See Plaintiff's Answer to Interrogatory No. 17.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____
(703) 218-4410

(5) Luciano Flores Pastor (minor son of Plaintiffs and brother of Mateo)
13625 Lavender Mist Lane, Centreville, VA 20120

(6) Charles Lynch (Police Investigator)
Fairfax County Police Department
12099 Government Center Pkwy, Fairfax, VA 22035
(703) 246-4488

(7) Gene Maya (Assistant Chief Medical Examiner)
Office of the Chief Medical Examiner
10850 Pyramid Place, Suite 121, Manassas, VA 20110
(703) 530-2600

(8) Felicia Marks (Reviewing Medicolegal Death Investigator)
Office of the Chief Medical Examiner
10850 Pyramid Place, Suite 121, Manassas, VA 20110
(703) 530-2600

(9) Unidentified Female Employee of Defendant
See Plaintiff's Answer to Interrogatory No. 17.

(10) Jose Luis Flores (Mateo's Uncle)
Address: 7890 Caldwell Ct., Castro Valley, CA 94552
E-mail: sincromax@gmail.com
Jose Luis Flores also has knowledge of Mateo's education and career plans.

(11) Plaintiffs have not yest identified expert witnesses who will testify at trial. Expert witnesses will be identified at a time consistent with the rules of this Court and the Court's Scheduling Order.

(12) Any expert witness identified by each party.

(13) Any custodian of records for any medical provider or facility who treated Mateo E. Flores Pastor.

(14) Any provider who treated Mateo E. Flores Pastor.

(15) Any person identified during deposition or discovery in this matter.

(16) All witnesses listed by all other parties and identified in all other parties' discovery responses.

(17) Plaintiffs reserve the right to call any and all witnesses for impeachment or for rebuttal purposes.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

Plaintiffs reserve the right to amend this List of Fact Witnesses as discovery is ongoing.

                Respectfully submitted,

                KOONZ MCKENNEY JOHNSON &
                 DEPAOLIS LLP

_/s/ Justin M. Beall_

Justin M. Beall, Esq. #502394
10300 Eaton Place, Suite 200
Fairfax, VA 22030
T: (703) 218-4410
F: (703) 218-4411
Jbeall@koonz.com

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____
(703) 218-4410

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Lists of Fact Witnesses was served via electronic mail this 18th day of April, 2025, to:

Paul J. Maloney #362533
Andrew S. Nagel #90013170
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C. 20006
T: (202) 310-5500
F: (202) 310-5555
Paul.Maloney@carrmaloney.com
Andrew.Nagel@carrmaloney.com
*Attorneys for Defendant*

_____
Justin M. Beall

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____
(703) 218-4410