# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
### Civil Division

SANDRA Y. FLORES, Individually and As Personal Representative of the ESTATE OF MATEO E. FLORES PASTOR

And

MARIO E. FLORES RODRIGUEZ, Individually and as Personal Representative of ESTATE OF MATEO E. FLORES PASTOR

Plaintiffs,

v.

THE GEORGE WASHINGTON UNIVERSITY

Defendant.

Case No. 1:24-cv-03133

Judge Sparkle L. Sooknanan

## JOINT MOTION TO HAVE MATTER REFERRED TO U.S. MAGISTRATE JUDGE G. MICHAEL HARVEY FOR MEDIATION AND TO STAY DISCOVERY AND THE SCHEDULING ORDER

The Parties, by and through counsel, respectfully move this Court to refer this matter to U.S. Magistrate Judge G. Michael Harvey for mediation and to stay discovery and the scheduling order herein, and states as follows:

1. This matter involves a wrongful death claim brought by the Estate of Mateo Flores. On November 4, 2022, Mr. Flores, a student at GWU with muscular dystrophy LAMA 2 and who was in a motorized wheelchair, visited Munson Hall at The George Washington University, 2212 I Street N.W., Washington, D.C. 20052. Upon exiting Munson Hall, Mr. Flores' sustained personal injuries when attempting to negotiate the exit area in his motorized wheelchair. Mr. Flores received medical treatment immediately after the incident. He eventually passed away. The parties dispute causation and liability.

2. The parties have agreed to have the matter submitted to U.S. Magistrate Judge

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS, LLP

1

G. Michael Harvey for early mediation.

3. The parties wish to avoid expending costs and resources on discovery and litigation pending the outcome of mediation.

4. The parties believe justice and judicial economy would be served by having this matter referred to U.S. Magistrate Judge G. Michael Harvey for early mediation and by a stay of discovery and the scheduling order.

5. Good cause exists to grant this motion.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this matter be referred to U.S. Magistrate Judge G. Michael Harvey for early mediation and that discovery and the scheduling order herein be stayed pending the outcome of mediation.

Respectfully Submitted,

By: _____
Justin M. Beall #502934
Koonz McKenney Johnson & DePaolis LLP
5335 Wisconsin Avenue, NW Suite 330
Washington, D.C. 20015
(202) 659-5500
Jbeall@koonz.com
*Attorney for Plaintiff*

By: _____    *Signed by JMB, with permission
Paul J. Maloney #362533
Andrew S. Nagel #90013170
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C. 20006
T: (202) 310-5500
F: (202) 310-5555
Paul.Maloney@carrmaloney.com
Andrew.Nagel@carrmaloney.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Joint Motion was served electronically this 23rd day of June, 2025, to:

Paul J. Maloney #362533
Andrew S. Nagel #90013170
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C. 20006
T: (202) 310-5500
F: (202) 310-5555
Paul.Maloney@carrmaloney.com
Andrew.Nagel@carrmaloney.com
*Attorneys for Defendant*

Justin M. Beall, Esquire

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS, LLP

3

Case 1:24-cv-03133-SLS   Document 17   Filed 06/23/25   Page 3 of 3